429 A.2d 104

Commonwealth v. Myers, Appellant.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

Submitted March 23, 1979. Gary F. DiVito, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.